STATE OF NEW JERSEY v. DONALD BUNTING.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v.
ANTHONY A. PUCCIELLO, *ET AL.*

October 5, 1971. Petition for Certification denied.

IRVAL REALTY, INC., *ET AL.*, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY.

October 5, 1971. Petition for Certification granted. (See 115 *N. J. Super.* 338).

STATE OF NEW JERSEY v. WALTER THOMAS LIEDKA.

October 5, 1971. Petition for Certification denied.

THOMAS PATRICK MINOGUE v.
LAWRENCE PACKAGING SUPPLY CORP.

October 5, 1971. Petition for Certification denied. (See 115 *N. J. Super.* 310).

THE OLIVER H. BAIR CO. EGLINGTON FUNERAL HOME v. STATE BOARD OF MORTUARY SCIENCE OF NEW JERSEY.

October 5, 1971. Petition for Certification denied.